E-FILED 07-14-11
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Victor Coreas,**<br>**Plaintiff,**<br>**v.**<br>**JP Morgan Chase BK, et al.**<br>**Defendants.** | **CASE NO. CV 11-4998-GHK (MRWx)**<br><br>**JUDGMENT** |

Based on our July 14, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Victor Coreas ("Plaintiff") against Defendant JPMorgan Chase Bank, N.A., acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, erroneously sued as JP Morgan Chase BK, 5th Ave San Diego, CA 92101 are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 14, 2011

GEORGE H. KING
United States District Judge